IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RANDY POPE                                                                                                           PLAINTIFF

VS.                                                                         CIVIL ACTION NO: 1:02cv99WJG-JMR

ANTHONY KALLAS and CITY OF
LONG BEACH                                                                                                       DEFENDANTS

## SUMMARY JUDGMENT

This cause is before the Court on the motion for summary judgment [78-1] filed by the Defendant, City of Long Beach [Long Beach], pursuant to Rule 56 of the Federal Rules of Civil Procedure. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Long Beach's motion for summary judgment [78-1] on Plaintiff's claims pursuant to section 1983 be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Long Beach's motion for summary judgment [78-1] on Plaintiff's state law claims, be and is hereby, denied. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs in association with this motion.

SO ORDERED AND ADJUDGED this the 16th day of January, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE